# United States District Court
# For The Western District of North Carolina
# Charlotte Division

George Salemo,

       Plaintiff(s),

vs.

Bank of America N.A.,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

3-04-cv-128

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/24/05 Order.

May 24, 2005

FRANK G. JOHNS, CLERK

BY: *(signature)*

Betsy Wallace, Deputy Clerk